# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| CARLEX GLASS AMERICA, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>SOMPO AMERICA INSURANCE COMPANY,<br><br>                      Defendant. | Case No.: 3:24-cv-00695<br>Honorable Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Barbara D. Holmes |

## JOINT NOTICE REGARDING MEDIATION

Pursuant to this Court's November 21, 2025 Order (ECF No. 90) directing the parties to proceed to mediation and provide this Court with a report of the scheduling of said mediation, the parties have conferred and reached an agreed date and mediator: December 11, 2025, with Gayle Malone. The parties have been informed that Mr. Malone is available that date, have requested to mediate with him on that date, and are awaiting final confirmation from his office.

                                          Respectfully submitted,

                                          */s/ W. Travis Vest*
                                          Jack R. Dodson III (BPR No. 27947)
                                          Jason W. Callen (BPR No. 026225)
                                          Ryan A. Lee (BPR No. 031937)
                                          W. Travis Vest (BPR No. 038842)
                                          K&L Gates LLP
                                          501 Commerce Street, Suite 1500
                                          Nashville, TN 37203
                                          Telephone: (615) 780-6742
                                          Facsimile: (615) 780-6799
                                          Email: travis.vest@klgates.com

                                          And

Geoffrey J. Greeves (*admitted pro hac vice*)
K&L Gates LLP
1601 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 778-4547
Facsimile: (202) 778-9100
Email: geoffrey.greeves@klgates.com

*Attorneys for Plaintiff Carlex Glass America, LLC*


*/s/ Alycen Moss* (by WTV w/ permission)
Alycen Moss (*pro hac vice*)
Elliot Kerzner (*pro hac vice*)
Cozen O'Connor
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, Georgia 30308
amoss@cozen.com
ekerzner@cozen.com

and

Tracey A. Jordan
Cozen O'Connor
200 South Biscayne Blvd., Ste. 3000
Miami, Florida 33131
tjordan@cozen.com

*Attorneys for Sompo America Insurance Company*

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been served upon the following via the Court's EF/ECF system on this 26th day of November, 2025:

Alycen Moss
Elliot Kerzner
Tracey A. Jordan
Cozen O'Connor
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, Georgia 30308
amoss@cozen.com
ekerzner@cozen.com
tjordan@cozen.com

*Attorneys for Sompo America Insurance Company*

                                                                               /s/ W. Travis Vest